```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


MELISSA LYNN MIONE McGEE,     )
                              )
     Petitioner,              )
                              )     CIVIL ACTION NO.
     v.                       )       1:15cv39-MHT
                              )          (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
```

                              ORDER

It is ORDERED as follows:

(1) The motion to recuse (doc. no. 3) is denied.

(2) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 22nd day of January, 2015.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE