IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MELISSA LYNN MIONE McGEE,    )
                             )
    Petitioner,              )
                             )       CIVIL ACTION NO.
    v.                       )         1:15cv39-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. no. 24) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 23) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 23rd day of February, 2017.**

                                         /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**